FILED
2010 JUN 18 P 12:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
~~NORTHERN~~ Southern DIVISION

| | |
|---|---|
| DONNA COLLINS, | ) |
| Plaintiff, | ) |
| v. | ) CV-10-TMP-1561-S |
| WELLS FARGO BANK, N.A. | ) |
| Defendant. | ) |

## COMPLAINT

### Jurisdiction and Venue

1. This is a suit for violation of the Americans with Disabilities Act

2. The jurisdiction of this Court is invoked due to the questions of violation of the federal statutes at issue.

3. The unlawful employment practices and acts of discrimination about which the Plaintiff complains were committed within Jefferson County, State of Alabama.

### Parties

4. The Plaintiff, Donna Collins, is a resident of the State of Alabama.

5. Defendant, Wells Fargo Bank, N.A. a company licensed to do business and subject to suit in the State of Alabama.

### Administrative Remedies

6. The Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") within 180 days of the act of discrimination of which she complains and has met all administrative conditions precedent necessary to file this action. See Exhibit

"A".

7. The Plaintiff received a Notice of Right to Sue within 90 days of the filing of this complaint. See Exhibit "B".

## Factual Allegations

8. The Plaintiff was employed by South Trust Bank and/or Wachovia Bank (which acquired South Trust Bank during her tenure) from on or about June 28, 1998 until December of 2007.

9. During her tenure with South Trust/Wachovia, the Plaintiff was promoted numerous times and rose from the position of Retail Trainee to the position of Branch Manager/Financial Center Manager.

10. From approximately May of 2005 until December of 2005, the Plaintiff was absent from the workplace on disability leave which was granted by South Trust/Wachovia.

11. The Plaintiff was subsequently terminated from South Trust/Wachovia at the conclusion of her disability leave.

12. The Defendant later acquired South Trust/Wachovia and is the successor corporation to those entities.

13. At all material times, the Plaintiff was an individual with a disability as defined by the Americans with Disabilities Act ("the ADA").

14. In April of 2007, the Plaintiff applied with the Defendant for the position of Mortgage Consultant, a position which may also be known as Mortgage Originator.

15. The Defendant did not hire the Plaintiff for any of its available Mortgage Consultant/Originator positions, instead hiring significantly less qualified individuals who

were not individuals with disabilities as defined by the ADA.

16. In April of 2007, the Plaintiff also applied with the Defendant for the position of Credit Administrator, also known as Sales Credit Manager.

17. The Defendant did not hire the Plaintiff for any of its Credit Administrator/Sales Credit Manager positions, instead hiring a significantly less qualified individual who was not an individual with a disability as defined by the ADA.

18. The Defendant did not hire the Plaintiff due to her status as an individual with a disability.

## COUNT I

## AMERICANS WITH DISABILITIES ACT

### Disparate Treatment - Failure to Hire

19. The Plaintiff adopts and re-alleges all paragraphs set forth above.

20. The above-described wrongful conduct constitutes discrimination in violation of the Americans with Disabilities Act.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff respectfully requests the entry of a judgment against Defendant for violation of the ADA, pursuant to an Order by which the Court:

(a) awards compensatory damages;

(b) awards injunctive relief;

(c) awards back and front pay, with interest;

(d) awards punitive damages;

(e) awards a reasonable attorney's fee; and

(f) taxes costs against the Defendant.

PLAINTIFF DEMANDS TRIAL BY A STRUCK JURY

_____
Adam Morel
ATTORNEY FOR THE PLAINTIFF

OF COUNSEL:

LAW OFFICES OF ADAM MOREL, P.C.
517 Beacon Parkway West
Birmingham, AL 35209
*Telephone:*  *(205) 252-8841*
*Facsimile:*   *(205) 252-3727*

PLEASE SERVE DEFENDANT BY CERTIFIED
MAIL RETURN RECEIPT REQUESTED:

Wells Fargo Bank, N.A.
c/o CSC Lawyers Incorporating Service, Inc., Registered Agent
150 South Perry Street
Montgomery, AL 36104

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>420-2009-02720 and EEOC |
|---|---|---|

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Donna Collins** | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|

Street Address                                                                     City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**WACHOVIA** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(205) 408-2000** |
|---|---|---|

Street Address                                     City, State and ZIP Code
**Post Office Box 2554, Birmingham, AL 35290**

RECEIVED
EEOC
JUL 0 7 2009
BIRMINGHAM DISTRICT OFFICE

| Name | | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|---|
| Street Address | City, State and ZIP Code | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [X] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-27-2009    Latest: 04-27-2009
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the company in June of 1998 as a Retail Trainee. I subsequently became a Financial Center Manager. In 2005, I was granted disability leave. On April 27, 2009, I applied for the positions of Credit Administrator and Mortgage Originator. I also applied for positions in 2007 and 2008.

By form letter, I was informed that someone was selected who more closely met the qualifications of these positions.

I believe the company discriminated against me by not hiring me because of my age, 44, which is in violation of the Age Discrimination In Employment Act of 1967, as amended and because of my disability which is in violation of the Americans with Disability Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Jul 07, 2009      _Donna Collins_<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

B

EEOC Form 161 (11/09)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Donna Collins | From: U. S. Equal Employment Opportunity Commission<br>Birmingham District Office<br>Ridge Park Place - Suite 2000<br>1130 22nd Street, South<br>Birmingham, Al 35205 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420 2009 02720 | Roy L. Jackson, Investigator | (205) 212-2073 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

☐ Your charge was not timely filed with the EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit **may not be collectible.**

On behalf of the Commission

*Beverly B. Hinton for*      **MAR 1 9 2010**
Delner Franklin-Thomas, District Director      *(Date Mailed)*

Enclosure(s)

cc: Kristina F. Brown,
    Wells Fargo & Company
    333 Market Street
    San Francisco, CA 94105-2102